1   MICHAEL D. LONG  (CA State Bar #149475)
    901 H Street, Suite 301
2   Sacramento, CA 95814
3   (916) 201-4188
    Mike.Long.Law@msn.com
4
    Attorney for NANCY GARCIA
5
6               IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF CALIFORNIA
7
8   THE UNITED STATES OF AMERICA,        ) No. 2:20-181 JAM
                        Plaintiff,       )
9                                        ) STIPULATION AND [~~PROPOSED~~]
          v.                             ) ORDER TO AMEND NANCY GARCIA's
10                                       ) CONDITIONS OF RELEASE
                                         )
11  NANCY GARCIA,                        ) Date:
                                         ) Time:
12                      Defendant.       ) Judge: Hon. Magistrate Allison Claire
13  ===============================)

14  STIPULATION #1:

15          Nancy Garcia's special conditions of pre-trial release are found in ECF document 33.  The

16  parties agree it is appropriate to add Special Condition 13 to read "**CURFEW:** You must remain

17  inside your residence every day from 10:00pm to 7:00am, or as adjusted by the pretrial services

18  officer for medical, religious services, employment or court-ordered obligations."

19          IT IS HEREBY STIPULATED AND AGREED between the defendant Nancy Garcia, by

20
    and through her undersigned defense counsel, and the United States of America, by and through
21
22  its counsel, Assistant U.S. Attorney Adrian Kinsella, that Special Condition 13 is added to read

23  "**CURFEW:** You must remain inside your residence every day from 10:00pm to 7:00am, or as

24  adjusted by the pretrial services officer for medical, religious services, employment or court-

25  ordered obligations."

26          I have spoken to PTS Rene Basurto she does not oppose adding the curfew as Special
27
    Condition 13.  The Amended Conditions are attached to this document.
28

                                    -1-

STIPULATION #2:

Nancy Garcia's "Appearance Bond" states "This is an unsecured bond $100,000" and it is co-signed by defendant Nancy Garcia, her sister Cindy Escobar and her father Martin Escobar.   (See ECF Document 34.)  Martin Escobar has since passed away.  AUSA Kinsella and attorney Michael Long agree to the same unsecured bond of $100,000, but only signed by defendant Nancy Garcia and her sister Cindy Escobar.

IT IS HEREBY STIPULATED AND AGREED between the defendant Nancy Garcia, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Adrian Kinsella, that Nancy Garcia and Cindy Escobar each co-sign a new unsecured appearance bond in the amount of $100,000 to replace the previous unsecured bond (ECF 34) which was ordered and signed back on October 1, 2020.

I have spoken to PTS Rene Basurto she does not oppose Nancy Garcia and Cindy Escobar each co-signing a new unsecured appearance bond in the amount of $100,000 to replace the previous unsecured bond which was ordered and signed back on October 1, 2020.

Dated:  February 18, 2021                    Respectfully submitted,

                                             /s/ Michael D. Long
                                             MICHAEL D. LONG
                                             Attorney for Nancy Garcia


Dated:  February 18, 2021                    McGREGOR SCOTT
                                             United States Attorney

                                             /s/ Adrian Kinsella
                                             ADRIAN KINSELLA
                                             Assistant U.S. Attorney

-2-

[~~PROPOSED~~] ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders

(1) that Special Condition of Pre-Trial Release 13 is added to read "**CURFEW:** You must remain inside your residence every day from 10:00pm to 7:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations."

(2) Nancy Garcia and Cindy Escobar each co-sign a new unsecured appearance bond in the amount of $100,000 to replace the previous unsecured bond which was ordered and signed back on October 1, 2020.

Dated:  February 18, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE