MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for NANCY GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>NANCY GARCIA,<br><br>Defendant. | ) No. 2:20-00181-JAM-2<br>)<br>) **STIPULATION AND ORDER TO**<br>) **AMEND NANCY GARCIA's**<br>) **CONDITIONS OF RELEASE**<br>)<br>) Date:<br>) Time:<br>) Judge: Hon. Magistrate Carolyn K. Delaney |

Nancy Garcia's amended special conditions of pre-trial release are found in ECF document 58 (the original conditions are in ECF document 33).  The parties agree it is appropriate to delete Special Conditions 12 and 13, which were location monitoring (#12) and curfew (#13).  The remaining 11 conditions of release are attached hereto.

IT IS HEREBY STIPULATED AND AGREED between the defendant Nancy Garcia, by and through her undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Adrian Kinsella, that Special Conditions 12 and 13 are to be deleted.

I have spoken to PTS Rene Basurto she does not oppose deleting Special Conditions 12 and 13.  The newly Amended Conditions are attached to this document.

///

Dated: June 24, 2021                    Respectfully submitted,

                                        /s/ *Michael D. Long*
                                        MICHAEL D. LONG
                                        Attorney for Nancy Garcia


Dated: June 24, 2021                    PHIL TALBERT
                                        Acting United States Attorney

                                        /s/ *Adrian Kinsella*
                                        ADRIAN KINSELLA
                                        Assistant U.S. Attorney


# ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.**

The Court hereby **ORDERS** Special Conditions 12 and 13, which were location monitoring (#12) and a curfew (#13), **DELETED.**


Dated: June 25, 2021

                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE