MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for NANCY GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:20-cr-00181-JAM-2 |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) EXONERATING |
| | ) NANCY DALILA GARCIA ESCOBA's |
| | ) UNSECURED APPEARANCE BOND |
| NANCY DALILA GARCIA ESCOBAR, | ) [ECF document 34] |
| | ) |
| Defendant. | ) Judge: Hon. John A. Mendez |

On September 30, 2020, Judge Claire ordered the release of defendant Nancy Garcia on a $100,000 unsecured bond.  (See ECF 25.)  The signed unsecured appearance bond was filed the same day.  (See ECF 34.)

On September 10, 2024, defendant Nancy Garcia was sentenced to a term of 60 months in prison.  (See ECF entry 56.)  On January 6, 2025, Ms. Garcia self-surrendered at her designated Bureau of Prisons facility.  Because Ms. Garcia is now in custody and serving her prison sentence, the government, by and through AUSA Adrian Kinsella, and Defendant Nancy Garcia, by and through her appointed CJA attorney Michael Long, hereby stipulate that Ms. Garcia's unsecured $100,000 appearance bond (ECF document 34, signed by Ms. Garcia, Cindy Escobar and Martin Escobar) should be exonerated.

| | | |
|---|---|---|
| 09/30/2020 | 25 | MINUTES (Text Only) for proceedings held via video conference before Magistrate Judge Allison Claire: BAIL REVIEW as to Nancy Garcia, Gonzalo Garcia held on 9/30/2020. As to |

-1-

| | | |
|---|---|---|
| | | defendant Gonzalo Garcia, for the reasons stated on the record, the Court DENIED the Defendant's Motion for Bail. As to Defendant Nancy Garcia, the Defendant Motion is Granted. The defendant shall complete a ninety day drug treatment program before being released, upon the defendant's completion of the drug treatment program she will be released on a $100,000.00 unsecured bond co-signed by the defendants Sister Cindy Escobar and Father Martin Escobar. The defendant is also released to the Third Party Custody of her sister Cindy Escobar. |
| 09/30/2020 | 34 | Appearance BOND POSTED as to Nancy Dalila Garcia Escobar in amount of $100,000.00 (Mena-Sanchez, L) |

Dated:  January 13, 2025            Respectfully submitted,

/s/ *Michael D. Long*
MICHAEL D. LONG
Attorney for Ms. Garcia

Dated:  January 13, 2025            PHILLIP TALBERT
United States Attorney

/s/ *Adrian Kinsella*
ADRIAN KINSELLA
Assistant U.S. Attorney

# ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court orders that Nancy Dalila Garcia Escobar's unsecured appearance bond (ECF document 34) is hereby **EXONERATED**.

Dated: January 13, 2025            /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE