ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL GARCIA, and<br>NANCY DALILA GARCIA ESCOBAR,<br><br>Defendants. | 2:20-cr-00181-JAM<br><br>**STIPULATION AND ORDER FOR FINAL ORDER OF FORFEITURE** |

**STIPULATION FOR FINAL ORDER OF FORFEITURE**

IT IS HEREBY STIPULATED, by and between the United States of America and petitioners Manuel F. Vindiola and Cenovia Vindiola ("petitioners"), to compromise and settle their interest in the real property located at 7158 S Camino Secreto, Tucson, Arizona, Pima County, APN: 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,[1] and to consent to the entry of a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a).

1.      On June 28, 2024, after defendant Nancy Dalila Garcia Escobar pleaded guilty to various drug crimes, this Court entered a Preliminary Order of Forfeiture that specifically forfeited the below assets to the United States:

a.      Real property located at 7158 S Camino Secreto, Tucson, Arizona, Pima County, APN: 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, and

---

[1] The property is more fully described in Exhibit A attached hereto.

1

Stipulation and Order for Final
Order of Forfeiture

b.      Approximately $17,858.00 in U.S. Currency.

2.      On March 14, 2025, after defendant Michael Garcia pleaded guilty to various drug crimes, this Court entered a Preliminary Order of Forfeiture that specifically forfeited the below assets to the United States:

a.      Real property located at 7158 S Camino Secreto, Tucson, Arizona, Pima County, APN: 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, and

b.      Approximately $17,858.00 in U.S. Currency.

3.      Beginning on July 2, 2024, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding Nancy Dalila Garcia Escobar on the official internet government forfeiture site www.forfeiture.gov.  Beginning on March 18, 2025, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture regarding Michael Garcia on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property. Declarations of Publication were filed on November 8, 2024, and May 1, 2025.

4.      The United States of America completed direct written notice by certified mail to Manuel F. Vindiola, Cenovia Vindiola, Teresa Escobar, Martin Escobar, Cindy Escobar, Elsie Escobar, Juan Hernandez, and the Presidio Hills Homeowners Association.

5.      On November 20, 2025, petitioners Manuel F. Vindiola and Cenovia Vindiola filed a petition in parallel Case Number 2:25-MC-00392-JAM-AC, alleging an interest in the real property located at 7158 S Camino Secreto, Tucson, Arizona, Pima County, APN: 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.  Petitioners alleged they were innocent owners of the property and used their own funds to purchase and maintained the property since its original purchase in 2019.

6.      No other parties have filed petitions in this matter regarding the real property or the $17,858.00 in U.S. Currency and the time in which any person or entity may file a petition has expired.

7.      The United States and petitioners stipulate that petitioners have a legal right, title, or interest in the real property, and their interest, accrued through funds expended on the property's ongoing maintenance and custody, requires the Court to amend the Preliminary Orders of Forfeiture pursuant to

2

Stipulation and Order for Final
Order of Forfeiture

Fed. R. Crim. P. 32.2(c)(2).  The parties further stipulate, however, that Michael Garcia and Nancy Dalila Garcia Escobar have an ownership interest in the real property and the Preliminary Orders of Forfeiture remains valid to the extent they order the forfeiture of the Garcia's interests.

8.      The United States and petitioners conducted discovery and thereafter reached a settlement regarding the real property. The United States and petitioners agreed that petitioners would sell the real property located at 7158 S Camino Secreto, Tucson, Arizona. The property is currently in escrow and is expected to close within a few weeks.  Pursuant to the settlement reached between the parties, petitioners will receive $50,000.00 of the net sale proceeds and the remaining net sale proceeds will be forfeited to the United States and disposed of as provided for by law, pursuant to 21 U.S.C. § 853(a).

9.      The payment to petitioners shall be in full settlement and satisfaction of all claims and petitions by them to the property, and of all claims arising from and relating to the detention and forfeiture of the property.  The payment to petitioners shall not include any penalty payments, including any prepayment penalties.

10.      All parties to this stipulation hereby release the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, from any and all liability arising out of or in any way connected with the forfeiture and sale of the real property located at 7158 S Camino Secreto, Tucson, Arizona.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said forfeiture and sale, as well as to those now known or disclosed.  The parties to this agreement agree to waive the provisions of California Civil Code § 1542, which provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

11.      Petitioners understand and agree that by entering into this stipulation of their interest in the property, they waive any right to litigate further their ownership interest in the property and to petition for remission or mitigation of the forfeiture.  Thereafter, if this Stipulation for Final Order of Forfeiture is approved by the Court, then unless specifically directed by an order of the Court, petitioners shall be excused and relieved from further participation in this action.

3

Stipulation and Order for Final
Order of Forfeiture

12.    Petitioners understand and agree that the United States reserves the right to void the stipulation if, before payment of the $50,000.00, the U.S. Attorney obtains new information indicating that petitioners are not "innocent owners" or "bona fide purchasers" pursuant to the applicable forfeiture statutes.  The U.S. Attorney also reserves the right, in its discretion, to terminate the forfeiture at any time and release the property.  In either event, the United States shall promptly notify petitioners of such action.  A discretionary termination of forfeiture shall not be a basis for any award of fees.

13.    The parties agree to execute further documents, to the extent reasonably necessary, and to implement further the terms of this Stipulation.

14.    Each party agrees to bear its own costs and attorneys' fees.

15.    Payment to petitioners pursuant to this Stipulation is contingent upon the United States' prevailing against any additional third parties alleging claims in an ancillary proceeding, and the Court's entry of this Final Order of Forfeiture.

16.    The terms of this Stipulation shall be subject to approval by the United States District Court.  Violation of any term or condition herein shall be construed as a violation of an order of the Court.

17.    The court shall maintain jurisdiction over this matter to enforce the terms of this stipulation.

Dated:  6/26/2026                              ERIC GRANT
                                               United States Attorney


                                               /s/ Kevin C. Khasigian
                                               KEVIN C. KHASIGIAN
                                               Assistant U.S. Attorney


Dated:  6/26/2026                              /s/ Manuel F. Vindiola
                                               MANUEL F. VINDIOLA
                                               Petitioner


Dated:  6/26/2026                              /s/ Cenovia Vindiola
                                               CENOVIA VINDIOLA
                                               Petitioner
                                               (Signatures authorized by phone)

4

Stipulation and Order for Final
Order of Forfeiture

## **ORDER**

The Court having received, read, and considered the foregoing Stipulation of the parties, and good cause appearing therefrom, the Stipulated Settlement is hereby ADOPTED and APPROVED, and the Court hereby enters a Final Order of Forfeiture on the terms set forth in the parties' Stipulated Settlement. All right, title, and interest of Michael Garcia, Nancy Dalila Garcia Escobar, Manuel F. Vindiola, Cenovia Vindiola, Teresa Escobar, Martin Escobar, Cindy Escobar, Elsie Escobar, Juan Hernandez, and the Presidio Hills Homeowners Association to the following property is hereby extinguished:

      a.    The net proceeds from the sale of the real property at 7158 S Camino Secreto, Tucson, Arizona, Pima County, APN: 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, and

      b.    Approximately $17,858.00 in U.S. Currency.

The net proceeds from the sale of the real property at 7158 S Camino Secreto, Tucson, Arizona, Pima County, APN: 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 and approximately $17,858.00 in U.S. Currency are hereby forfeited to the United States and shall disposed of as provided for by law, pursuant to 21 U.S.C. § 853(a).

SO ORDERED.

Dated: June 29, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order for Final
Order of Forfeiture

**Exhibit A**

Real property located at 7158 S Camino Secreto, Tucson, Arizona

Lot 61, of PRESIDIO HILLS, according to the map of record in the office of the County Recorder of Pima County, Arizona, recorded in Book 40 of Maps, Page 82, and thereafter amended by Quit-Claim Deed of Easement, recorded March 18, 2004 in Docket 12261, Page 573.

APN: 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

6

Stipulation and Order for Final
Order of Forfeiture